In re:                                                          Case No. 15-12991-jps
Jazzma Dickinson                                                Chapter 7
        Debtor          **CERTIFICATE OF NOTICE**

District/off: 0647-1           User: admin              Page 1 of 2              Date Rcvd: Jun 02, 2015
                               Form ID: 227ia           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2015.
```
db         +Jazzma Dickinson,   27361 Sidney Dr.,   #18,   Euclid, OH 44132-2987
23691145   +Arrow Landscaping,   312 Richmond Rd,   Richmond Hts., OH 44143-1403
23691147   +Barbizon of Akron,   3296 West Market,   Akron, OH 44333-3355
23691149   +CBE Group,   P.O. Box 126,   Waterloo, IA 50704-0126
23691150   +City of Cleveland,   Parking Violations Bureau,   P.O. Box 99939,   Cleveland, OH 44199-0939
23691151    Clear,   Dept CH 14365,   Palatine, IL 600656-4365
23691153   +Dominion East Ohio,   P.O. Box 26785,   Richmond, VA 23261-6785
23691154   +Drummond Financial Services,   13216 Cedar Road,   Cleveland Hts., OH 44118-2918
23691152   +ED Financial Services LLC,   120 N Seven Oaks Dr.,   Knoxville, TN 37922-2359
23691157    First Credit,   P.O. Box 630838,   Cincinnati, OH 45263-0838
23691155   +First Federal Credit Control Inc,   24700 Chagrin Blvd Suite 205,   Cleveland, Ohio 44122-5662
23691159    First Merit Ban, NA,   295 First Merit Circle,   Akron, OH 44307
23691160   +General Revenue Corp.,   4660 Duke Dr #300,   Mason, OH 45040-8466
23691164    Imagine,   Payment Processing,   P.O. Box 790193,   St. Louis, MO 63179-0193
23691169   +Morgan & Pottinger, PSC,   Attorneys at Law,   2401 Stanley Gault Parkway,
             Louisville, Kentucky 40223-4175
23691170   +Paulette F. Balin & Assoc,   Attorneys and Counselors At Law,   7372 Lakeshore Blvd,
             Mentor, OH 44060-3505
23691171   +RGS Fomamcoa,   P.O. Box 1022,   Wixom, MI 48393-1022
23691172    RITA Taxes,   P.O. Box 94951,   Cleveland, OH 44101-4951
23691173   +South Euclid Municipal Court,   1349p South Green Rd,   South Euclid, OH 44121-3985
23691174   +TSI Telephone Company,   P.O. Box 247168,   Columbus, OH 43224-7168
23691177   +UH Case Medical Center,   P.O. Box 94564,   Cleveland, OH 44194-0001
23691176   +United Consumer Financial,   865 Bassett Rd,   Westlake, OH 44145-1194
23691178   +University Hospital Lab Serv Foundation,   P.O. Box 901967,   Cleveland, Ohio 44190-1967
23691180   +University Hospital Medical Group,   P.O. Box 74116,   Cleveland, OH 44194-4116
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: horton.debbie@att.net Jun 02 2015 21:42:40      Debbie K Horton,   PO Box 39261,
             Solon, OH  44139
tr         +EDI: QAJTREINISH.COM Jun 02 2015 21:38:00      Alan J Treinish,   1370 Ontario Street,
             Suite 700,   Cleveland, OH 44113-1736
23691158   +EDI: AMINFOFP.COM Jun 02 2015 21:38:00      First Premier Bank,   601 S. Minnesota Ave,
             Sioux Falls, SD 57104-4868
23691161    E-mail/Text: dleabankruptcy@hrblock.com Jun 02 2015 21:42:50      H & R Block Bank,   P.O. 30040,
             Tampa, FL 33630-3040
23691162   +EDI: IIC9.COM Jun 02 2015 21:38:00      IC System Inc.,   P.O. Box 64378,
             Saint Paul, MN 55164-0378
23691163   +E-mail/Text: bankruptcy@firstenergycorp.com Jun 02 2015 21:43:46      Illuminating Co.,
             P.O. Box 3638,   Akron, OH 44309-3638
23691165    EDI: JEFFERSONCAP.COM Jun 02 2015 21:38:00      Jefferson Capital Systems,   16 McLeland Rd,
             Saint Cloud, MN 56303
23691167    EDI: MERRICKBANK.COM Jun 02 2015 21:38:00      Merrick Bank,   P.O. Box 30537,
             Tampa, FL 33630-3537
23691166   +EDI: MID8.COM Jun 02 2015 21:38:00      Midland Credit Management Inc.,
             8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
23691175    E-mail/Text: dl-ral-collectionshelpdesk2@twcable.com Jun 02 2015 21:44:34      Time Warner Cable,
             P.O. Box 0901,   Carol Stream, IL 60132-0901
23691181    E-mail/Text: wow_bankruptcy@wideopenwest.com Jun 02 2015 21:45:07      WOW Internet,
             P.O. Box 4350,   Carol Stream, IL 60197-4350
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23691156     Case No 15-12991 Page 2
23691168     Case No. 15-12991 Page 3
23691179     Case No. 15-12991 Page 4
23691146   ##+ARS Account Resolution,   1801 NW 66TH Ave Suite 200C,   Plantation, FL 33313-4571
23691148   ##+Bureau of Collection Recovery,   P.O. Box 9001,   Minnetonka, MN 55345-9001
                                                                                   TOTALS: 3, * 0, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2015 at the address(es) listed below:
              Alan J Treinish    alan@treinishlpa.com, atreinish@ecf.epiqsystems.com
              Debbie K Horton    on behalf of Debtor Jazzma  Dickinson horton.debbie@att.net,
               lydiasavvy@yahoo.com
                                                                                             TOTAL: 2

# United States Bankruptcy Court for the Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 26, 2015. You may be a creditor of the debtor. **This notice lists important deadlines and explanations of your rights and duties.** Please read both sides of this notice.

### Case Information

**Case Number:** 15−12991−jps

**Debtor(s):**
Jazzma Dickinson
27361 Sidney Dr.
#18
Euclid, OH 44132

**Other names used by the Debtor(s) in the last 8 years:**

**Last Four Digits of Debtor's Social Security Number or Individual Taxpayer ID Number (ITIN)/Complete EIN:**

**Attorney for Debtor:**
Debbie K Horton
PO Box 39261
Solon, OH 44139
Telephone number: 1−440−308−2709

**Bankruptcy Trustee:**
Alan J Treinish
1370 Ontario Street
Suite 700
Cleveland, OH 44113
Telephone number: (216) 566−7022

### Meeting of Creditors

All debtors <u>must</u> bring the following proofs of identification to the meeting of creditors:

- Valid, unexpired photo identification (driver's license, state ID, employee ID, etc.). If the case is a joint filing, both debtors must have identification; AND
- Proof of social security number. Government− or employer−issued documentation, such as social security card, IRS tax transcript, W−2, or 1099, is acceptable proof.

**Date:** June 30, 2015
**Time:** 10:30 AM
**Location:** 341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the other side of this notice.*

The presumption of abuse does not arise.

### Deadlines

*Papers must be <u>received</u> by the bankruptcy clerk's office by the stated deadline.*

**Deadline to File a Proof of Claim:** *Please do not file a proof of claim unless you receive a notice to do so.*

**Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts: August 31, 2015**

**Deadline to Object to Exemptions:** 30 days after the *conclusion* of the meeting of creditors.

**Address of the Bankruptcy Court Clerk's Office:**
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**For the Court:**
Clerk of the Bankruptcy Court:
Kenneth J. Hirz

**Date:** June 2, 2015

**Refer to Other Side of this Notice for Important Explanations**

# EXPLANATIONS

**Filing of Chapter 7 Bankruptcy Case:**
A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the other side of this notice, and an order for relief has been entered.

**Creditors Generally May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

**Presumption of Abuse:**
If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Meeting of Creditors:**
A meeting of creditors is scheduled for the date, time, and location listed on the other side of this notice. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.

**Claims:**
There does not appear to be any property available to the trustee to pay creditors. *Therefore, you should not file a Proof of Claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim, and telling you the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
*Do not include this notice with any proof of claim or other filing you submit to the court.*

**Discharge of Debts:**
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a), *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the other side of this notice. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline.

**Exempt Property:**
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect the list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the other side of this notice.

**Bankruptcy Clerk's Office:**
Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the other side of this notice. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. The clerk's office is open Monday through Friday from 9:00 AM to 4:00 PM, except on federal holidays. Additional information can be found on the court's website at www.ohnb.uscourts.gov, including Forms, Local Bankruptcy Rules, Administrative and General Orders, Judges' Hearing Dockets, the United States Code, and the Federal Rules of Bankruptcy Procedure.

**Legal Advice:**
The staff of the bankruptcy clerk's office is not permitted to give legal advice. You may want to consult an attorney to determine your rights in this case. If you are a creditor with a foreign address, you should consult with a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

**Refer to Other Side of this Notice for Important Deadlines and Notices**